**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_____
C. Kathryn Preston
United States Bankruptcy Judge

**Dated: March 11, 2011**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter: | : | |
|   Kyle James Wiehoff | : | Case No. 10-62559 |
|   Brooke Anne Wiehoff | : | |
| | : | Chapter 13 (Judge Preston) |
|                Debtors, | : | |
| | : | |
| Kyle James Wiehoff | : | |
| Brooke Anne Wiehoff | : | |
| | : | |
|                Plaintiff, | : | |
| | : | Adv. Proc. No.  11-02045 |
|                 v. | : | |
| | : | |
| Onda, Labuhn, Rankin & Boggs Co., LPA | : | |
| | : | |
|                Defendant. | : | |

**AGREED ORDER TO SETTLE ADVERSARY COMPLAINT (DOCKET #1)**

    This matter having come before the Court on Plaintiffs' Complaint to Avoid the Preference of Onda, Labuhn, Rankin & Boggs Co., LPA (hereinafter referred to as "Defendant"); and it appearing to the Court that the parties have agreed to a course of action; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The parties agree for the purposes of resolving this adversary proceeding, that the judgment lien certified on August 27, 2010 in the Franklin County Clerk of Courts Office (Case No. 2010 CVF 025316; Lien. No. 10 JG 08-33402) on the property commonly known as 330 Oak Hill Drive, Westerville, OH 43081 is a preference.

1. Defendant's total debt Proof of Claim filed in the amount of $13,031.52 shall be amended to reclassify the claim as general unsecured non-priority.

2. Parties agree that the judgment lien held by Defendant shall only be released upon the successful completion of this bankruptcy case and the issuance of a discharge order. Any dismissal of the case shall result in a full reinstatement of Defendant's lien.

3. Upon the successful completion of the Chapter 13 Plan, Defendant shall file a notice of satisfaction and release of lien with the Franklin County Clerk of Courts office. In the event that Defendant does not execute and deliver to the Debtors any termination statement, or other document that is or may be required by law to release and discharge the Judgment Lien, the Debtors shall be permitted to use this order along with the Order of Discharge as authorization for termination and release of the Judgment Lien.

4. Plaintiff's Complaint is hereby resolved by the filing of this order.

**IT IS SO ORDERED**

Submitted By:


/s/ James W. Park
Marshall D. Cohen, Case Attorney (0044066)
James W. Park (0082331)
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, Ohio 43212
Phone: (614) 294-5040
Fax: (614) 291-5006
Email: notice@financialdignity.com

/s/Benjamin W. Ogg
Benjamin W. Ogg (0076659)
Onda, Labuhn, Rankin & Boggs Co., LPA
266 N. 4th Street, Suite 100
Columbus, OH 43215
Phone: (614) 716-0500
Fax: (614) 716-0511
Email: bwo@olrblaw.com


Copies To:

James W. Park, Attorney for Debtor/Plaintiff
Ben Ogg |Onda, Labuhn, Rankin & Boggs Co., LPA |266 N. 4th Street, Suite 100 |Columbus, OH 43215

###